UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JIAYU XU,

Petitioner,

v.

WARDEN OF DESERT VIEW FACILITY, et al.,

Respondents.

Case No. 5:26-cv-06076 JGB (ADS)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, all the records and files herein, along with the November 5, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 12], and the Objection to the Report and Recommendation ("Objections") [Dkt. No. 14]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Objections have been made. Respondents' Objections are overruled.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 12], is accepted;

2. The Petition is granted;

3. Respondents must immediately release Petitioner Jiayu Xu (A#141-385-087) from immigration custody;

4. Respondents must return all of Petitioner's personal belongings;

5. Respondents are enjoined from re-detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations; and

6. Judgment is to be entered accordingly.

DATED: November 13, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge