JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAYU XU,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DESERT VIEW FACILITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-06076 JGB (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: November 13, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge